STATE OF NEW JERSEY v. PETER J. MONTEMORE.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. IRA JAMES.

September 23, 1976. Petition for certification denied.

LAWRENCE V. LONGHI v.
ESSEX COUNTY PROBATION DEPT.

September 23, 1976. Petition for certification denied.

NEWARK-JERSEY COMPANY v. CITY OF LONG BRANCH.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM COUNCIL.

September 23, 1976. Petition for certification denied.

ROSE BERK v. HARRY R. GEIPEL.

September 23, 1976. Petition for certification denied.